GEOFFREY HANSEN
Acting Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant KENNEDY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00082-EJD |
| ) | |
| Plaintiff, ) | **STIPULATION TO EXTEND SELF-SURRENDER DATE; [PROPOSED] ORDER** |
| v. ) | |
| ) | |
| ) | |
| CHRISTOPHER KENNEDY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## **STIPULATION**

Defendant Christopher Kennedy, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Hanley Chew, hereby stipulate that, with the Court's approval, the defendant's September 20, 2012, self-surrender, be extended to November 29, 2012.

The defendant Christopher Kennedy was sentenced to 6 months custody following his guilty plea to violating 18 U.S.C. § 371, conspiracy to commit wire fraud. The Court ordered Mr. Kennedy to self-surrender by 2:00 p.m. on September 20, 2012, to the institution designated by the Bureau of Prisons to serve the sentence imposed. The reason for the requested extension

STIPULATION TO EXTEND SURRENDER
DATE; [PROPOSED] ORDER
No. CR 10-00082-EJD                  1

is the Court recommended that Mr. Kennedy be housed in a minimum security facility, and preferably the BOP facility in Lompoc, California. However, Mr. Kennedy was advised on September 7, 2012, that the BOP has designated the Los Angeles Metropolitan Detention Center, a high-rise administrative pretrial detention facility located in downtown Los Angeles, for service of the sentence imposed. Defense Counsel respectfully request a 45-day extension of Mr. Kennedy's self-surrender date to permit the defense sufficient time to submit a written request that the BOP reconsider Mr. Kennedy's designation and designate him to a minimum security camp. Accordingly, Mr. Kennedy respectfully request an extension of his self-surrender date to November 29, 2012, for the above stated reasons.

Mr. Kennedy remains under Pretrial Services supervision and he has been compliant with all pretrial release conditions as ordered. On September 11, 2012, counsel for Mr. Kennedy consulted with Pretrial Services Officer Jaime Carranza, who is assigned to this matter, and he has no objection to the requested extension.

Accordingly, it is respectfully requested that the Court extend Mr. Kennedy's self-surrender date to November 29, 2012.

IT IS SO STIPULATED.

Dated: September 11, 2012

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated: September 11, 2012

_____/s/_____
HANLEY CHEW
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 10-00082-EJD |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER EXTENDING SELF-SURRENDER DATE** |
| | ) | |
| vs. | ) | |
| | ) | |
| CHRISTOPHER KENNEDY, | ) | |
| | ) | |
| Defendants. | ) | |

GOOD CAUSE APPEARING, and upon stipulation of the parties, IT IS HEREBY ORDERED that Mr. Kennedy's self-surrender date is extended from September 20, 2012, to November 29, 2012.

IT IS SO ORDERED.

Dated: September 12, 2012

_____
HON. EDWARD J. DAVILA
United States District Court Judge

STIPULATION TO EXTEND SURRENDER
DATE; [PROPOSED] ORDER
No. CR 10-00082-EJD    3